# MEMORANDUM DECISIONS.

ADRIANCE, PLATT & CO., Appellant, v. BATES, Respondent. (Supreme Court, Appellate Division, Fourth Department. February 3, 1910.) Action by the Adriance, Platt & Co. against Eben H. Bates. No opinion. Appeal dismissed, with costs, under general rule No. 39.

ANDERSON et al., Appellants, v. NEW YORK & H. R. CO. et al., Respondents. (Supreme Court, Appellate Division, First Department. February 4, 1910.) Action by William S. Anderson and another against the New York & Harlem Railroad Company and others. L. M. Berkeley, for appellants. H. E. Deming, for respondents. No opinion. Judgment affirmed, with costs, on 132 App. Div. 183, 116 N. Y. Supp. 954. Order filed.

ANSORGE v. VAN PRAAG et al. (Supreme Court, Appellate Term. February 24, 1910.) Appeal from Municipal Court. Borough of Manhattan, Eighth District. Action by Henry P. Ansorge against Edward Van Praag and another. From a judgment for plaintiff, defendants appeal. Reversed, and complaint dismissed. Isaac V. Schavrien, for appellant John Van Praag. Irving I. Kremer, for respondent.

SEABURY, J. This is an appeal from a judgment taken under section 311 of the Municipal Court act (Laws 1902, c. 580) on the ground that personal service was not made upon the defendants. The judgment was entered in April, 1901. Against the evidence offered to show that no personal service was made only the unsupported affidavit of the process server attached to the judgment is presented. Upon this appeal the respondent does not appear. Under these circumstances the judgment must be reversed, and the complaint dismissed. Judgment reversed, with costs, and complaint dismissed. All concur.

APRIGLIANO, Respondent, v. NEW YORK CENT. & H. R. R. Co., Appellant. (Supreme Court, Appellate Division, Second Department. March 4, 1910.) Action by Frank Aprigliano against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

ARMSTRONG, Respondent, v. BATSFORD, Appellant. (Supreme Court, Appellate Division, Third Department. March 9, 1910.) Action by Milton C. Armstrong against Clement C. Batsford. No opinion. Judgment unanimously affirmed, with costs.

A. SCHLESSINGER CO., Respondent, v. J. B. KLEINERT RUBBER CO., Appellant. (Supreme Court, Appellate Division, First Department. February 4, 1910.) Action by A. Schlessinger Company against the J. B. Kleinert Rubber Company. A. Benedict, for appellant. J. S. Epstein, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

ASHNER v. MANNING et al. (Supreme Court, Appellate Division, Second Department. March 4, 1910.) Action by Sigmund Ashner against William H. Manning and others, in which Max Kurzrok and Moe Levy appeal. No opinion. Order of the County Court of Kings County affirmed, with $10 costs and disbursements.

In re AVERY. (Supreme Court, Appellate Division, Second Department. March 4, 1910.) In the matter of the application of Benjamin Booth Avery for admission to the bar. No opinion. Application granted.

BACON, Appellant, v. NEW YORK CENT. & H. R. R. Co., Respondent. (Supreme Court, Appellate Division, Second Department. February 4, 1910.) Action by Selden Bacon against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

BALDWIN, Respondent, v. PAYNE, Appellant. (Supreme Court, Appellate Division, Second Department. March 4, 1910.) Action by Thomas St. John Baldwin against Susan K. Payne. No opinion. Judgment and order of the County Court of Nassau County affirmed, with costs.

BALMER v. LEASEHOLD REALTY CO. et al. (Supreme Court, Appellate Division, Second Department. March 4, 1910.) Action by Catherine Balmer against the Leasehold Realty Company and others, in which the Park Distributing Company appeals. No opinion. Order affirmed, with $10 costs and disbursements.

BANNER FASHION CO., Appellant, v. BUSSENDORFFER, Respondent. (Supreme Court, Appellate Division, First Department. March 11, 1910.) Action by the Banner Fashion Company against Nicholas Bussendorffer. J. B. Sheehan, for appellant. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

BARKLEY v. HERBERT. (Supreme Court, Appellate Division, Third Department. March 25, 1910.) Action by John Barkley against Frederick W. Herbert.

PER CURIAM. Motion granted, with $10 costs, unless appellant, within 10 days from the